# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Earl Miller, Jr., | No. CV-18-03176-PHX-SPL |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

The Court has before it, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Docs. 1, 6-1), the Answer from the Respondents (Doc. 12), the Petitioner's Reply (Doc. 14), and the Order granting the Motion to Consider a Supplement to Petitioner's Reply. (Doc. 15) The Court is also in receipt of the Report and Recommendation of the Magistrate Judge (Doc. 20), the Petitioner's Objections (Doc. 21), the Motion to Supplement the Record (Doc. 22), and the Response to Petitioner's Objections to the Report and Recommendation. (Doc. 23)

In the instant Petition, the Petitioner argues for relief on four grounds. The Petitioner asserts Fourth, Fifth, Sixth and Fourteenth Amendment violations as well as ineffective assistance of counsel of his trial and appellant counsels. (Doc. 1 at 6-9)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires

specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations have also been thoroughly considered along with the Supplemental information. (Docs. 21, 22)

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Boyle. Having carefully reviewed the record, the Petitioner has not shown that he is entitled to habeas relief. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 20) is **accepted** and **adopted** by the Court;

2. That the Petitioner's Objections (Doc. 21) are **overruled**;

3. That the Petitioner's Motion to Supplement (Doc. 22) is **granted**;

4. That the Petition for Writ of Habeas Corpus (Docs. 1, 6-1) is **denied** and this action is **dismissed with prejudice**;

5. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable; and

///

///

2

6. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 28th day of August 2019.

*[signature]*
Honorable Steven P. Logan
United States District Judge